UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:16 CV 40 CDP |
| ) | |
| CURTIS RODGERS, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This newly reassigned case is before me on my review of the file. I will grant both pending motions filed by the plaintiff, and I will order the Clerk of the Court to add defendant Curtis Rodgers' address of 4472 Private Road 1296, Huntsville, Missouri 65259 to the docket sheet and send a copy of this Memorandum and Order to Mr. Rodgers at this address. If Curtis Rodgers intends to appear and defend this action, he must enter an appearance (either *pro se* or through counsel) and file a responsive pleading to the complaint by no later than **January 17, 2017**. If Mr. Rodgers fails to comply with this Memorandum and Order, plaintiff shall comply with the December 6, 2016, Order to Show Cause and file appropriate motions for entry of default and default judgment or the case will be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to dismiss [9] is granted.

**IT IS FURTHER ORDERED** that the motion for extension of time [8] is

granted, and plaintiff shall comply with the December 6, 2016, Order to Show Cause by **January 27, 2017** if defendant Rodgers fails to comply with this Memorandum and Order, or the case will be dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the above-listed address for defendant Curtis Rodgers to the docket sheet and send a copy of this Memorandum and Order to defendant Curtis Rodgers at this address.

**IT IS FURTHER ORDERED** that **defendant Curtis Rodgers shall enter an appearance and file a responsive pleading to the complaint by January 17, 2017, or an entry of default and default judgment may be entered against him without further notice by the Court.**

*Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of December, 2016.