UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:16 CV 40 CDP |
| | ) | |
| CURTIS RODGERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on its review of the file. Despite the Court having granted plaintiff leave to file its first amended complaint on May 11, 2017, defendant Curtis Rodgers has not yet filed a responsive pleading to the amended complaint, and his time for doing so has expired. Defendant Rodgers must file a responsive pleading by **July 7, 2017**. If he fails to do so, plaintiff shall file appropriate motions for entry of default and/or for default judgment as to defendant Rodgers, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration, by no later than **July 17, 2017**. Plaintiff is also reminded of its obligation to serve the first amended complaint on newly-joined defendant Witness in the Wilderness.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Rodgers shall file a responsive pleading to the amended complaint no later than **July 7, 2017**. If he fails to do so, plaintiff shall file appropriate motions for entry of default and/or for default judgment as

to defendant Rodgers, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration, by no later than **July 17, 2017**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of June, 2017.