UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CURTIS RODGERS, et al., )<br>)<br>Defendants. ) | Case No. 2:16 CV 40 CDP |

## MEMORANDUM AND ORDER OF STAY

The Court having been advised of the parties' intention to engage in settlement negotiations,

**IT IS HEREBY ORDERED** that **this case is stayed pending further Order of the Court**, except that plaintiff should still obtain service of process on defendant Witness in the Wilderness, but defendant Witness in the Wilderness is not obligated to file a responsive pleading until the stay is lifted.

**IT IS FURTHER ORDERED** that **plaintiff shall file a memorandum with the Court no later than September 1, 2017**, regarding the status of the case, including whether additional time is required to complete settlement negotiations. If the parties fail to settle the case and wish to proceed with discovery, then plaintiff should advise the Court of this fact and include joint proposed amended scheduling deadlines for the completion of the case if additional time is required.

_/s/ Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of July, 2017.