UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 2:16 CV 40 CDP |
| CURTIS RODGERS, et al., | ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

On August 13, 2017, I sent out an Order requiring defendants to state whether they were seeking a jury trial in this matter by no later than August 17, 2018. As defendants have failed to comply with my Order,

**IT IS HEREBY ORDERED** that **this case remains set for a non-jury trial on a two-week docket beginning September 17, 2018, as previously ordered**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of August, 2018.