UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:16 CV 40 CDP |
| | ) | |
| CURTIS RODGERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER TO SHOW CAUSE**

On August 29, 2018, I set this case for trial on the October 23, 2018 docket and ordered the parties to file their initial pretrial submissions no later than October 2, 2018. [Doc. # 46]. When neither party complied with that order, the Clerk of Court contacted both lawyers to see if they had settled but had neglected to tell us. The plaintiff's attorney responded that he had made a mistake on his calendar and he then filed pretrial submissions a day late, on October 3, 2018. **The defendants' attorney did not respond to the Clerk at all and has still not filed anything.**

Accordingly,

**IT IS HEREBY ORDERED** that <u>**defendant shall show cause, in writing and no later than noon on Tuesday, October 9, 2018 why sanctions, including striking of their pleadings and entry of default judgment against them on all claims asserted in the First Amended Complaint, should not issue for their failure to comply with my August 29, 2018 Order.**</u>

_Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of October, 2018.