UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:16 CV 40 CDP |
| ) | |
| CURTIS RODGERS, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

For the reasons stated on the record during today's telephone hearing and for good cause shown,

**IT IS HEREBY ORDERED** that the motion to continue trial setting [53] is granted, and **this case is removed from the October 23, 2018 trial docket** and will be reset by further Order of the Court.

**IT IS FURTHER ORDERED** that defendants shall file a status report with the Court no later than **November 8, 2018**, advising the Court on their efforts to obtain substitute counsel.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of October, 2018.