UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 2:16 CV 40 CDP |
| CURTIS RODGERS, et al., | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Given defendants' indication of the possibility of settlement in this case [57],

**IT IS HEREBY ORDERED** that the parties shall meet and confer regarding settlement as soon as practicable and file a joint status report regarding the potential for settlement by no later than **December 16, 2018**. If the case has not yet settled, the parties shall also provide the Court with mutually available trial dates as well as an estimate regarding the length of the trial in the joint status report.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2018.